# In the United States Court of Federal Claims
ORIGINAL

No. 03-768 L

FILED
NOV - 1 2004
U.S. COURT OF
FEDERAL CLAIMS

SHERWYN ZEPHIER, ADELE ZEPHIER,
RODERICA ROUSE, LLOYD B. ONE STAR,
EDNA LITTLE ELK, CHRISTINE MEDICINE
HORN, AND LOIS L. LONG,

v.

**JUDGMENT**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed October 29, 2004, granting defendant's motion to dismiss for lack of jurisdiction,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant and the complaint is dismissed.

Brian Bishop
Clerk of Court

**November 1, 2004**  By: *[signature]*

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.